IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

LORRIE BASHAM )
) No. 3-11-1007
v. )
)
FIRST MANAGEMENT SERVICES, )
INC. )

O R D E R

Counsel for the parties appeared at the initial case management conference, rescheduled by order entered December 6, 2011 (Docket Entry No. 8), to January 4, 2012, at which time they advised that they had reached a settlement in this case.

Therefore, it is not necessary to enter an initial case management order.

By January 17, 2012, the parties shall file a stipulation of dismissal.

The Clerk is directed to forward the file in this case to the Honorable Kevin H. Sharp for his consideration of the parties' stipulation of dismissal to be filed by January 17, 2012, and entry of any appropriate order.

Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JULIET GRIFFIN
　　　　　　　　　　　　　　　　　United States Magistrate Judge